UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LUTHER VEREEN, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.: 1:17-cv-01058-VEH-SGC |
| | ) |
| WARDEN B. CLAY, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On February 20, 2018, the Magistrate issued a Report and Recommendation which, in pertinent part, stated:

> the undersigned **RECOMMENDS** Vereen's § 2241 petition be dismissed without prejudice for lack of subject matter jurisdiction.

(Doc. 2 at 5). On March 9, 2018, the Petitioner filed an Objection to the Magistrate's recommendation. (Doc. 5). Having carefully considered, *de novo*, all of the materials in the Court file, including the Report and Recommendation, and the objections thereto, the Court is of the opinion that the Magistrates Report and Recommendation ought to be, and hereby is, **ACCEPTED** and **ADOPTED** as the opinion of this Court. The Court **EXPRESSLY HOLDS** that Vereen's § 2241 petition is due to be dismissed

without prejudice for lack of subject matter jurisdiction. An appropriate Final Order will be entered.

**DONE** this 19th day of March, 2018.

**VIRGINIA EMERSON HOPKINS**
United States District Judge